ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK
A Professional Corporation
11500 S. Eastern Avenue, Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN LAMAR HUNT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ASSA ABLOY ENTRANCE SYSTEMS US, INC., a Foreign Corporation; TARGET CORPORATION, a Foreign Corporation; DOE MANAGER; ROE DOOR COMPANY; ROE MAINTENANCE COMPANY; DOES II through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01980-GMN-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

**SUBSTITUTION OF ATTORNEY**

    TARGET CORPORATION, DEFENDANT, herby substitutes Loren S. Young, Esq., and LINCOLN, GUSTAFSON & CERCOS, LLP, 7670 W. Lake Mead Blvd., Ste. 200, Las Vegas, Nevada, 89128, (702) 257-1997, as attorney of record in place and stead of Alan W. Westbrook and PERRY & WESTBROOK, PC.

/ / / /

/ / / /

/ / / /

PAGE 1 OF 3

DATED this 3rd day of January, 2025.

*Katherine E. Graf* (signature)

Katherine E. Graf
Director, Counsel – Litigation
Target Corporation

I consent to the above substitution.

DATED this 3rd day of January 2025.

/s/ Alan Westbrook
Alan W. Westbrook, Esq. (NV Bar 6167)
PERRY & WESTBROOK, PC
11500 S. Eastern Avenue, Suite 140
Henderson, NV 89052

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 8th day of January 2025

/s/ Loren S. Young
Loren S. Young, Esq. (NV Bar 7567)
LINCOLN, GUSTAFSON, CERCOS, LLP
7670 W. Lake Mead Blvd., Ste. 200
Las Vegas, NV 89128

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: January 23, 2025