UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHAWN LAMAR HUNT,

        Plaintiff,

    v.

ASSA ABLOY ENTRANCE SYSTEMS US, INC., a foreign corporation; TARGET CORPORATION, a foreign corporation; DOE MANAGER; ROE DOOR COMPANY; ROE MAINTENANCE COMPANY; DOES II through X; and ROE CORPORATIONS III through X, inclusive,

        Defendants.

Case No. 2:24-cv-01980-GMN-EJY

**ORDER**

Pending before the Court is the Motion to Withdraw as Counsel filed on April 9, 2026. ECF No. 44. The Motion reflects that Plaintiff has decided to proceed *pro se*, and despite efforts to reconcile a breakdown in communications, Plaintiff unequivocally expressed his desire to terminate the attorney client relationship. Given these facts, the Court finds good cause for the Motion to Withdraw under the Nevada Rules of Professional Conduct and Local Rules.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 44) is GRANTED.

IT IS FURTHER ORDERED that, in compliance with Local Rule IA 3-1, Plaintiff **must** submit to the Clerk's Office his current mailing address, email address, and telephone number no later than **April 27, 2026**. Plaintiff **must** serve (mail or email) his submission to counsel for Defendant.

IT IS FURTHER ORDERED that John Funk **must** provide a copy of this Order to Plaintiff and file a notice of compliance regarding the same.

DATED this 20th day of April, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1