UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAWN LAMAR HUNT, | Case No. 2:24-cv-01980-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ASSA ABLOY ENTRANCE SYSTEMS US, INC., a foreign corporation; TARGET CORPORATION, a foreign corporation; DOE MANAGER; ROE DOOR COMPANY; ROE MAINTENANCE COMPANY; DOES II through X; and ROE CORPORATIONS III through X, inclusive, | |
| Defendants. | |

On April 20, 2026, the Court entered an Order requiring Plaintiff to "submit to the Clerk's Office his current mailing address, email address, and telephone number no later than April 27, 2026." ECF No. 46. The Court instructed Plaintiff's former counsel, John Funk, to provide a copy of the Order to Plaintiff and to file a notice of compliance. *Id.* Former counsel filed the Notice of Compliance on April 24, 2026 stating he "e-mailed and mailed a copy" of the Court's Order to Plaintiff on April 20, 2026. The Notice does not provide Plaintiff's last known email or mailing address. ECF No. 49 at 2.

Plaintiff, who is now proceeding *pro se*, has not updated his address with the Court as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. A review of the docket shows Plaintiff's last known mailing address and email address as 3080 St. Rose Parkway, Unit 1051, Henderson, Nevada 89052 and huntshawn190@gmail.com. ECF No. 44.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court must update the docket to reflect Plaintiff's address of: 3080 St. Rose Parkway, Unit 1051, Henderson, Nevada 89052.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff copies of this Order and the Court's April 22, 2026 Order (ECF No. 48) to his current address.

IT IS FURTHER ORDERED that Plaintiff is reminded that he **must** update his address with the Court if it changes in the future.

DATED this 1st day of June, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE